Fedun *v.* Mike's Cafe, Inc., Appellant.

Argued April 23, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused October 26, 1965.

*Herbert H. Hadra,* with him *Maurice Freedman* and *Robert H. Arronson,* for appellants.

*Joseph Skale,* for appellee.

OPINION PER CURIAM, September 29, 1965:
Order affirmed.